Judd Burstein (JB 9585)
JUDD BURSTEIN, P.C.
1790 Broadway
Suite 1501
New York, New York 10019
(212) 974-2400

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CRAB HOUSE OF DOUGLASTON, INC., d/b/a
DOUGLASTON MANOR, *et al.*     :

      *Plaintiffs*,  :  CV 04-558 (DRH) (WDW)

 – against –  :  **NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

NEWSDAY, INC., *et al.*  :

      *Defendants*.   :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated February 2, 2005 in Support of Defendant Louis S. Sito's Motion to Dismiss the Second Amended Complaint, and upon all of the pleadings and papers heretofore served in this action, defendant Louis S. Sito, by and through his attorneys, Judd Burstein P.C., will move this honorable Court at the United States Courthouse, 100 Federal Plaza, Central Islip, New York, as soon as the Court may permit, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), dismissing plaintiffs' Second Amended Complaint with prejudice, and for such other and further relief as the Court deems just and proper.

Dated:     New York, New York
            February 2, 2005

                                    JUDD BURSTEIN, P.C.

                                    By: _____
                                       Judd Burstein
                                       1790 Broadway, Suite 1501
                                       New York, New York 10019
                                       (212) 974-2400

TO:

Joseph O. Giaimo, Esq.                    Edward A. McDonald, Esq.
Giaimo & Vreeburg, LLP                Dechert LLP
80-02 Kew Gardens Road                30 Rockefeller Plaza
Kew Gardens, New York 11415        New York, New York 10112
(718) 261-6200                                (212) 698-3500

Samuel K. Rosen, Esq.                   Attorneys for Defendant Robert Brennan
Wechsler Harwood LLP
488 Madison Avenue, Suite 801       Gregory J. O'Connell, Esq.
New York, NY 10019                    DeFeis O'Connell & Rose, P.C.
(212) 935-7400                                500 Fifth Avenue, 26th Floor
                                               New York, New York 10110
Attorneys for Representative Plaintiffs    (212) 768-1000

Robert W. Hirth, Esq.                   Attorneys for Defendant Keith Potthoff
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5335

Attorneys for Defendants Newsday, Inc., *et al.*

David Meister
Clifford Chance USLLP
31 West 52nd Street
New York, New York 10019
(212) 878-8000

Attorneys for Defendant Robert Halfman

2

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

      Julian A. Davila, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Hollis, New York; that on the 2nd day of February, 2005, deponent served the within Memorandum of Law in Support of Defendant Louis S. Sito's Motion to Dismiss Plaintiffs' Second Amended Complaint

UPON:

Joseph O. Giaimo, Esq.
Giaimo & Vreeburg
80-02 Kew Gardens, 5th Floor
Kew Gardens, NY 11415
*Attorney for Plantiffs*

Samuel K. Rosen, Esq.
Wechsler Harwood LLP
488 Madison Avenue, Suite 801
New York, NY 10019
(212) 935-7400
*Attorneys for Representative Plaintiffs*

Robert W. Hirth, Esq.
Sidley Austin Brown & Wood LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5335
*Attorneys for Defendants Newsday, Inc., et al.*

David Meister
Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019
(212) 878-8000
*Attorneys for Defendant Robert Haufman*

Edward A. McDonald
Dechert LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 698-3500
*Attorneys for Defendant Robert Brennan*

Gregory J. O'Connell
De Feis O'Connell & Rose, P. C.
500 Fifth Avenue, 26th Floor
New York, NY 10110
(212) 768-1000
*Attorneys for Defendant Keith Potthoff*

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, by regular mail in a post office/official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

_____
Julian A. Davila

Sworn to before me this
2nd day of February, 2005

_____
Notary Public

PAUL GUZMAN
Notary Public, State of New York
No. 01GU6081645
Qualified in Queens County
Commission Expires 10/15/2008